

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*300 Quarropas St.*
*White Plains, New York 10601*

January 20, 2022

**BY EMAIL**

Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    **United States v. Michael Williams and Pedro Vasquez, 22-mj-502**

Dear Judge Davison:

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

SO ORDERED 1/20/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: /s/ T. Josiah Pertz
    T. Josiah Pertz
    Assistant United States Attorney
    (914) 993-1966