Law Offices of

## Getz & Braverman, P.C.

172 East 161st Street
Bronx, New York 10451

Karen Braverman
Michael I. Braverman

Telephone: (718) 993-3000
Fax: (718) 402-5183
Getzandbraverman@aol.com

_____
Howard I. Getz - Retired

January 27, 2022

BY ECF
Hon. Magistrate Andrew E. Kraus
300 Quarropas Street
White Plains, NY 10601-4150

        Re: United States v. Michael Williams
        Docket No.: 22-mj-00502

Hon. Judge Kraus:

    On January 20, 2022, Mr. Williams was presented for arraignment. An unsecured appearance bond was entered, which included the necessity that the bond be cosigned by two individuals. The bond was to be cosigned by today.

    We write to ask for an extension of one week in which to have the co-signors provide the necessary documents requested by the Government. **The Government does not object to this request.**

    If any additional information is needed, please do not hesitate to contact the undersigned.

Very truly yours,

Michael I. Braverman

**APPLICATION GRANTED.**

**SO ORDERED.**

*Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge
Dated: January 27, 2022
The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 13.